# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ELKIN EDILSON G.S.,[1]
(A Number: 220-333-516)

Petitioner,

v.

WARDEN, *California City Detention Facility*,

Respondent.

Case No. 1:26-cv-08066-JLT-EGC (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

(Doc. 1)

Elkin Edilson G.S. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner states they have been continuously detained by Immigration and Customs Enforcement since August 4, 2026. Petitioner claims their re-detention is unlawful.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).

Respondent SHALL include a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within four (4) days of the date of service of this order.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).

The Clerk of Court is DIRECTED to serve a copy of this order on Petitioner at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated: **October 2, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE